IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ROHN M. WEATHERLY, | § § § | |
| Plaintiff, | § § | |
| v. | § | 1:22-CV-0943-RP |
| GREG ABBOTT, et al., | § § § | |
| Defendants. | § § | |

**FINAL JUDGMENT**

On May 19, 2023, the Court adopted United States Magistrate Judge Mark Lane's report and recommendation concerning Defendants' Opposed Motion to Abate Case, (Dkt. 11), and Defendants' Motion to Dismiss, (Dkt. 12). (R. & R., Dkt. 17). The Court's Order dismissed Defendants' motion to abate as moot and dismissed all of Plaintiff's claims as moot. (Dkt. 19).

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that each party bear their own costs.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

**SIGNED** on May 22, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE